# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Robert Edgar Dille
Kean, Miller, Hawthorne
400 Convention St., Suite 700
Baton Rouge LA 70802


**REHEARING ACTION: July 27, 2011**


**Docket Number: 10   01405-CA**

**PATRICK E. PHILLIPS, ET AL**
**VERSUS**
**G & H SEED COMPANY, INC., ET AL.**

**Appealed from ST. LANDRY Parish Case No. 00-C-2220-D**


<u>**BEFORE JUDGES**</u>**:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Sylvia R. Cooks**
> **Hon. John D. Saunders**


As counsel of record in the captioned case, you are hereby notified that the <u>application</u>

<u>for rehearing en banc or for panel rehearing</u> filed by **Bayer CropScience, L.P., et al**

has this day been

> **DENIED.**


cc: Michael Thomas Pulaski, Counsel for the Appellee
    Elwood C. Stevens, Jr., Counsel for the Appellant
    Andre F. Toce, Counsel for the Appellant
    Hon. Jerold Edward Knoll, Counsel for the Appellant